CAUSE NO. 2015CV01978

| | | |
|---|---|---|
| DC CIVIL CONSTRUCTION, LLC<br>Plaintiff, | § | IN THE COUNTY COURT |
| | § | |
| v. | § | AT LAW NO. 10 |
| | § | |
| ELIZABETH OLIVAREZ, JAVAN SMITH<br>AND ALL OCCUPANTS,<br>Defendants. | § | BEXAR COUNTY, TEXAS |

CAUSE NO. 04-15-00362-CV

| | | |
|---|---|---|
| JAVON P. SMITH<br>Appellant, | § | IN THE FOURTH<br>COURT OF APPEALS |
| | § | |
| v. | § | |
| | § | |
| DC CIVIL CONSTRUCTION, LLC<br>Appellee. | § | SAN ANTONIO, TEXAS |

## ORDER

In accordance with the Order of the Fourth Court of Appeals dated November 3, 2015, a hearing on the Affidavit of Indigence filed by Javan Smith was held on November 19, 2015 in Bexar County Court at Law, Number Three, the Honorable David Rodriguez, Presiding.

Javan Smith appeared in person, Pro Se. DC Civil Construction, LLC appeared by Robert N. Ray, attorney at law.

### I.

The Court finds that Javan Smith filed one (1) affidavit of indigence in the Justice Court of Precinct Three, Bexar County, Texas.

### II.

The Court finds that the same affidavit stated in I. above was also filed by Javan Smith in the Fourth Court of Appeals.

### III.

The Court finds that the affidavit filed by Javan Smith in the Fourth Court of Appeals does not comply with the mandates of Rule 20.1(b), Texas Rules of Appellate Procedure.

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have been lawfully altered to redact confidential personal information but is otherwise a full, true and correct copy of the original on file and of record in my office.
ATTESTED:

DEC 07 2015

GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY, TEXAS

BY: _____
DEPUTY

After being duly sworn, Javan Smith was allowed to testify as to economic status and was cross-examined by counsel.

After considering the testimony of Javan Smith, the Court finds that there is insufficient evidence that Javan Smith is indigent and that the contest of indigence is sustained.

SIGNED this 23 day of November , 2015.

_____
JUDGE PRESIDING

Robert Ray
fax # (210) 733-9819



STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have been lawfully altered to redact confidential personal information but is otherwise a full, true and correct copy of the original on file and of record in my office.
ATTESTED:

DEC 07 2015

GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY, TEXAS

BY: _____
DEPUTY